**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6518**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

RAOUL LAFOND, a/k/a Chris Lafond, a/k/a Jim,
a/k/a Jamaican Jim, a/k/a Derrick Burch, a/k/a
Fletcher Busbee, a/k/a Ronald Elie, a/k/a
Ronald Ely,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Winston-Salem.  William L. Osteen,
District Judge.  (CR-96-212, CA-01-167-1)

_____

Submitted:  May 30, 2002          Decided:  June 10, 2002

_____

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Raoul Lafond, Appellant Pro Se.  Clifton Thomas Barrett, Assistant
United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raoul Lafond seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Lafond, Nos. CR-96-212; CA-01-167-1 (M.D.N.C. filed Jan. 7, 2002 & entered Jan. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2